# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

IN RE: INTERDICTION OF                    NO.  2021 CW 0758
E.S.M.

**JULY 8, 2021**

---

In Re:    E.S.M., applying for supervisory writs, 22nd Judicial
District Court, Parish of St. Tammany, No. 201913878.

---

**BEFORE:   WHIPPLE, C.J., WELCH AND WOLFE, JJ.**

    **WRIT NOT CONSIDERED.** The writ does not contain a copy of the signed judgment complained of in violation of Uniform Rules of Louisiana Courts of Appeal, Rule 4-5(C)(6). Additionally, although not required by the Uniform Rules, a transcript from the June 29, 2021 hearing is necessary for this court to act on the writ application. The motion to dismiss the petition for judicial commitment at issue in this writ was orally made and denied during this hearing. Absent these documents, the writ application contains no evidence of relator's motion to close the judicial commitment proceedings or the trial court's purported denial of the motion.

    Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

    In the event relator seeks to file a new application with this court, it must contain all pertinent documentation and must comply with Rule 2-12.2 of the Uniform Rules of Louisiana Courts of Appeal. Any new application must be filed on or before Tuesday, July 13, 2021, at 12:00 pm and must contain a copy of this ruling.

                                **VGW**
                                  **JEW**
                                  **EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
    DEPUTY CLERK OF COURT
       FOR THE COURT